UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELO JORDAN )<br>2227 1ST Street, N.W. )<br>Washington, D.C. 20001 )<br>)<br>Plaintiff, )<br>) Civil Action No.<br>v. )<br>)<br>COURT SERVICES AND OFFENDER )<br>  SUPERVISION AGENCY )<br>PAUL QUANDER, DIRECTOR )<br>ATTN: ROBIN GANT )<br>633 Indiana Avenue, N.W. )<br>Washington, D.C. 20001 )<br>)<br>Defendant. )<br>) | |

### NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. In support of that notice, the Attorney General states as follows:

1. Paul Quander is the defendant in the civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 05-008004 B, entitled <u>Consuelo Jordan v. Court Services and Offender Supervision Agency</u>.

2. The above entitled action was filed on October 3, 2005 and there is an Initial Conference scheduled for January 13, 2006. A copy of the complaint is attached hereto.

3. Plaintiff's complaint alleges a cause of action against an official of the United States government for which the District Court has original jurisdiction. Accordingly, 28 U.S.C. §§ 1441 and 1442(a) provides bases for removal of this action.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), and 1446.

November 2, 2005                    Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, D.C. BAR # 454357
Assistant United States Attorney
555 4th Street, N.W., Room E4915
Washington, D.C. 20530
(202) 307-0492



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CONSUELO JORDAN
Vs.                                                C.A. No.    2005 CA 008004 B
COURT SERVICES AND OFFENDER SUPERVISORY AGENCY

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NATALIA COMBS GREENE
Date:    October 3, 2005
Initial Conference: 9:00 am, Friday, January 13, 2006
Location:   Courtroom 312
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001



Caio-6p.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Consuelo Jordan
3327 1st St, NW
Washington, DC 20001
*Plaintiff*

vs.

Court Services + Offender Supervision Agency
1555 Taylor Court (?)
Pretrial Services Agency
500 Indiana Ave, NW
Washington, D.C. 20001
*Defendant*

05-0008007

Civil Action No. _____

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Consuelo Jordan
Unavailable (sic)
**Name of Plaintiff's Attorney**

3327 1st St., NW
**Address**
Washington, DC

(202) 832-5064
**Telephone**

*Clerk of the Court*

By _____
           *Deputy Clerk*

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Consuelo Jordan
2027 1st St, NW
Washington, DC 20001

*Plaintiff*

vs.

Court Services & Offender Supervision
Agency (formerly TSSS)
Paul Quander, Director (Served to:)
Atty: Dustin Grant
633 Indiana Avenue,
NW Washington, DC
20001

*Defendants*

Civil Action No. _____

05-0008002

RECEIVED
CIVIL CLERK'S OFFICE
OCT 0 3 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

**COMPLAINT**

("SEE ATTACHMENT")

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

Lying and making threats on my employment because of attending the University of the District of Columbia (Two degrees, I didn't use them). Due to him being law Enforcement he was bound to set me up of my job and discriminate against me, because one coming to my back and putting tickets on my car because he was a threatening a University of the District of Columbia graduate student with two degrees off her position for more than three years. I'm keep receiving threats and refused employment, because (law) I left community first for basketball... etc

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 8 million with interest and costs.

Phone: (202) 232-5064

DISTRICT OF COLUMBIA, ss

Consuelo Jordan, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

(Plaintiff / Agent)

Subscribed and sworn to before me this 3rd day of October 2005.

(Notary Public/Deputy Clerk)

FORM CV(6)-1013/May 88
8-3203 wd-290

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Consuelo Jordan
2227 1st St NW
Washington DC 20001

*Plaintiff*

vs.

Civil Action No. _____

Court Services & Offender Supervision &
Agency
→ Paul Quander, Director (Served to:)
& T. Robin Gant
633 Indiana Avenue,    *Defendants*
NW Washington, DC
20001

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921. Numerous threats received in regards to EEOC complaint with Court Services and Offender Supervision Agency. Robin made many threats on my job, one she was heard from being light-skin complexion. I was not heard and accused of being in the criminal justice system because I am from DC (Demond/Robin making accusations and lying on my employment); however, it was never questioned. This is my second threat by Maryland students (1st Demond/ 2nd Robin) about my license; she was hired to set me out my job of law enforcement because of hatred crime in DC. Family being dark-skin (losing community, basketball (brother) and my husband couldn't play ball); since, long island University.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 8.5 million with interest and costs.

Phone: (202) 232-5064

DISTRICT OF COLUMBIA, SS

Consuelo Jordan, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

(Plaintiff — Agent)

Subscribed and sworn to before me this __3rd__ day of __October__ 2005.

(Notary Public/Deputy Clerk)

FORM CV(6)-1013/May 88
8-3203 wd-290

Consuelo Jordan
3727 1st St, NW
Washington, DC 20001

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7005 0390 0003 1817 2783

UNITED STATES POSTAL SERVICE

0000

20004

U.S. POSTAGE
PAID
WASHINGTON, DC
20017
OCT 04, 05
AMOUNT
$4.42
00067702-09

Court Services & Offender Supervision Agency
To: Paul Quander
633 Indiana Avenue, NW
Washington, DC 20004

**RETURN RECEIPT REQUESTED**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CONSUELO JORDAN )<br>2227 1ST Street, N.W. )<br>Washington, D.C. 20001 )<br><br>   Plaintiff, )<br>      )<br> v. )<br>      )<br>COURT SERVICES AND OFFENDER )<br> SUPERVISION AGENCY )<br>PAUL QUANDER, DIRECTOR )<br>ATTN: ROBIN GANT )<br>633 Indiana Avenue, N.W. )<br>Washington, D.C. 20001 )<br>      )<br>   Defendant. ) | Civil Action No. 05-008004 B |

### NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

TO: Consuelo Jordan
   2227 1st Street, N.W.
   Washington, D.C. 20001

PLEASE TAKE NOTE that on November 2, 2005, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446. Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

November 2, 2005                    Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, D.C. BAR # 454357
Assistant United States Attorney
555 4th Street, N.W., Room E4915
Washington, D.C. 20530
(202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2005, I caused copies of the foregoing Notice of Removal and Notice of Filing Notice of Removal of a Civil Action to be served upon plaintiff via first class mail, postage prepaid:

Consuelo Jordan
2227 1ST Street, N.W.
Washington, D.C. 20001

_____
BEVERLY M. RUSSELL
Assistant United States Attorney