## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSUELA JORDAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-2144(RMU) |
| COURT SERVICES AND OFFENDER | ) | |
| SUPERVISION AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
### TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
### AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure ("Federal Rules"),

defendants, Court Services and Offender Supervision Agency ("CSOSA"), and Paul

Quander, CSOSA Director, move for an enlargement of time up to and including

November 30, 2005 to answer, move or otherwise respond to plaintiff's complaint.  This

matter was removed from the Superior Court of the District of Columbia on November 2,

2005.  Rule 81 of the Federal Rules requires a defendant to answer or present other

defenses within 20 days after receipt through service or otherwise of a copy of the initial

pleading, or within 5 days after the filing of the petition for removal, whichever is longer.

Consistent with this provision, defendants' response is due Monday, November 21, 2005.

Defendants request that they be granted an extension to November 30, 2005 to respond to

plaintiff's complaint.  Defendants' counsel is requesting the additional time because of

workload demands, notably a motion for summary judgment due in a Title VII case on

Monday, November 21, and preparation for plaintiff's deposition in a separate Title VII

case scheduled on Tuesday, November 22.

WHEREFORE, based on the foregoing, defendants respectfully request that their

time for answering or otherwise responding to the plaintiff's complaint be enlarged up to

and including November 30, 2005.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of <u>Defendants' Motion for Enlargement of</u>

<u>Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum</u>

<u>in Support Thereof</u> was made by the Court's Electronic Case Filing System and by first

class, postage prepaid mail, this <u>18th</u> day of November, 2005 to:

Consuelo Jordan
2227 First Street, NW
Washington, DC 20001

/s/ Beverly M. Russell
_____

BEVERLY M. RUSSELL
Assistant United States Attorney