**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSUELA JORDAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2144(RMU) |
| COURT SERVICES AND OFFENDER | ) |
| SUPERVISION AGENCY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants,

Court Services and Offender Supervision Agency ("CSOSA"), and Paul Quander,

CSOSA Director, move for a second brief, enlargement of time up to and including

Monday, December 5, 2005 to answer, move or otherwise respond to plaintiff's

complaint.  The current deadline is tomorrow, Wednesday, November 30, 2005. Pursuant

to Local Rule 7(m), defendants' counsel contacted the pro se plaintiff but was unable to reach

her.  Accordingly, defendants are unable present plaintiff's position on the relief requested

herein.   In support of the motion, defendants state the following.

Defendants' counsel had three filings due on Monday, November 28 - replies in

Riquelme v. Central Intelligence Agency, Civil Action No. 02-2382(RJL) and Sullivan v.

United States, Civil Action No. 05-1418(CKK), and a motion for summary judgment in

Wheeler v. Executive Office of United States Attorneys, Civil Action No. 05-1133(CKK).

Additionally, defendants' counsel has been working on a motion for summary judgment

due tomorrow in <u>Harrison v. Spellings</u>, Civil Action No. 03-2514(PLF/DAR).

Accordingly, given the workload demands on their counsel, defendants do not anticipate

being able to file their response in this matter - anticipated to be a motion to dismiss - by

the current deadline, and respectfully move for an extension to December 5, 2005 to do

so.

A proposed Order consistent with the relief requested herein is attached.

Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence /bmr

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendants' Second Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof</u> was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>29th</u> day of November, 2005 to:

Consuelo Jordan
2227 First Street, NW
Washington, DC 20001


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney