UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELA JORDAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-2144(RMU) |
| COURT SERVICES AND OFFENDER | ) |
| SUPERVISION AGENCY, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

Upon consideration of Defendants' Second Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that the Motion should be and hereby is granted, and further

ORDERED that Defendants shall have up to and including December 5, 2005 to answer, move or otherwise respond to Plaintiff's complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Consuelo Jordan
2227 First Street, NW
Washington, DC 20001

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530