UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELA JORDAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COURT SERVICES AND OFFENDER )<br>  SUPERVISION AGENCY, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-2144(RMU) |

ORDER

UPON CONSIDERATION of the Federal Defendants' Motion to Dismiss, the memorandum in support thereof, any opposition thereto, and the entire record herein, it is by the Court this _____ day of _____, 200\_\_, hereby

ORDERED that the federal defendants' motion to dismiss is granted; and it is

FURTHER ORDERED that this suit against the federal defendants is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Conseula Jordan
2227 First Street, N.W.
Washington, D.C.  20001

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530